IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR328 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARY R. WONG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Mary R. Wong (Wong) for a continuance of the trial of this matter for at least ninety days (Filing No. 40).  The court held a hearing on the motion on February 19, 2010.  Wong was present with her attorney, Clarence E. Mock.  The government was represented by Assistant U.S. Attorney Michael P. Norris.  Wong acknowledged the additional time to accommodate her motion would be excludable time under the Speedy Trial Act.  Upon consideration the motion will be granted.

**IT IS ORDERED:**

1. Wong's motion to continue trial (Filing No. 40) is granted.

2. Trial of this matter is re-scheduled for **June 22, 2010,** before Judge Laurie Smith Camp and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 19, 2010 and June 22, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge