IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR328** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY R. WONG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the motion of Clarence E. Mock to withdraw as counsel for the defendant, Mary R. Wong (Wong) (Filing No. 41). The court held a hearing on the motion on February 19, 2010 (Filing No. 47 - Text Only). The motion was held in abeyance pending the court's receipt of documents regarding the attorney lien on a baseball card collection and the status of a receivership of Williams & Bullocks, LLC. The court received documents on April 16, 2010. From a review of the documents and other materials previously provided to the court, the court finds defendant Wong to be eligible for appointment of counsel under the Criminal Justice Act.

     The court appoints Clarence E. Mock, III, as counsel for defendant Wong pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The appointment of Mr. Mock and the compensation for Mr. Mock under the Criminal Justice Act is effective as of the date of this order. Prior services of Mr. Mock as defendant Wong's attorney will not be compensated by this appointment.

     The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

     Mr. Mock's motion to withdraw (Filing No. 41) is denied.

     **IT IS SO ORDERED.**

     **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

     DATED this 16th day of April, 2010.

     BY THE COURT:

     s/Thomas D. Thalken
     United States Magistrate Judge