IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR328 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARY R. WONG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Mary R. Wong (Wong) (Filing No. 51). Wong seeks a continuance of the trial of this matter which is scheduled for June 22, 2010. Wong has filed an affidavit wherein she consents to the motion and understands the additional time will be excludable time for computations under the Speedy Trial Act. Government's counsel has no objection to the motion. Due to the complex nature of the case and the need for additional preparation, the motion will be granted.

**No further continuances will be granted absent a showing by affidavit that a denial of a requested continuance would amount to a manifest injustice**.

**IT IS ORDERED:**

1. Wong's motion to continue trial (Filing No. 51) is granted.

2. Trial of this matter is re-scheduled for **October 6, 2010,** before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 21, 2010 and October 6, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge