## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **vs.** | |
| **MARY WONG,** | **8:09CR328** |
| **Defendant.,** | **GARNISHEE ORDER** |
| **and** | |
| **ROBERT F. CRAIG, ATTORNEY AT LAW,** | |
| **Garnishee.** | |

A Writ of Garnishment, directed to Garnishee, Robert F. Craig, Attorney at Law, has been duly issued and served upon the Garnishee.   Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer (Filing No. 87) on December 9, 2014, stating that at the time of the service of the Writ he had in his possession or under his control non-exempt property in the amount of $20,000.00.

On March 2, 2015, the court entered an Order (Filing No. 102) holding $16,666.67 held by Garnishee Robert F. Craig, Attorney at Law, be disbursed to the government in accordance with the Writ of Continuing Garnishment (Filing No. 85).

**IT IS ORDERED** that Garnishee pay $16,666.67 to plaintiff, United States of America.  Payment will be made payable to the Clerk of the District Court, and delivered to the U.S. Attorney, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506.

The Clerk of the Court shall mail a copy of this Order to the Defendant.  The Garnishee and the U.S. Attorney's Office will receive electronic notice.

Dated this 19th day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge